Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 662-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| In re: RUST, DOLORES H. | § Case No. 12-15977 |
|---|---|
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 19, 2012. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $      263,116.45

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 227,835.44 |
| Administrative expenses | 1,231.25 |
| Bank service fees | 804.45 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 33,245.31 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 9,778.89

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $362.89 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Internal Revenue Service | 362.89 | 0.00 | 362.89 |

Total to be paid for priority claims: $ 362.89
Remaining balance: $ 9,416.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2U | Internal Revenue Service | 35.12 | 0.00 | 35.12 |

Total to be paid for timely general unsecured claims: $ 35.12
Remaining balance: $ 9,380.88

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 9,380.88 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 9,380.88 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $592.88. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 8,788.00.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/Ira Bodenstein
_____
                                                         Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 662-2861


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# EXHIBIT A

Case 12-15977    Doc 80    Filed 10/25/13    Entered 10/25/13 14:06:42    Desc Main
Document    Page 5 of 14

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 12-15977 | Trustee: | (330129) Ira Bodenstein |
|---|---|---|---|
| Case Name: | RUST, DOLORES H. | Filed (f) or Converted (c): | 04/19/12 (f) |
| | | §341(a) Meeting Date: | 06/22/12 |
| Period Ending: | 10/24/13 | Claims Bar Date: | 01/02/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Residence, 5501 N. Neenah, 60656 R | 185,000.00 | 35,372.84 | | 0.00 | FA |
| 2 | Eight Unit Apartment Building. 4104 W. Wab, a/k/ | 385,000.00 | 385,000.00 | | 0.00 | FA |
| 3 | Two Unit Building, 1840 N. Kedvale, Chicag, [CMA | 182,500.00 | 182,500.00 | | 0.00 | FA |
| 4 | Three Unit Apartment Building, 2744 N. Par, Chic | 162,000.00 | 155,685.00 | | 0.00 | FA |
| 5 | Two Unit Apartment, Building, 5639 S. Morg, Chic | 6,000.00 | 3,616.77 | | 0.00 | FA |
| 6 | Two Unit Apartment Building, 5633 S. Morga, Chic | 7,000.00 | 2,747.31 | | 0.00 | FA |
| 7 | Two Unit Apartment, 3574 W. Dickens, Chica 60647 | 90,000.00 | 0.00 | | 0.00 | FA |
| 8 | Two Unit Apartment Building, 1928 N. Whipp, Chic | 170,000.00 | 156,160.91 | | 0.00 | FA |
| 9 | Single Family Residence, 5501 N. Neenah, Chicago | 185,000.00 | 165,059.34 | | 0.00 | FA |
| 10 | Eight Unit Apartment Building. 4104 W. Wabansia, | 385,000.00 | 0.00 | | 0.00 | FA |
| 11 | Two Unit Building, 1840 N. Kedvale, Chicago, IL | 182,500.00 | 0.00 | | 0.00 | FA |
| 12 | Three Unit Apartment Building, 2744 N. Parkside, | 162,000.00 | 0.00 | | 0.00 | FA |
| 13 | Two Unit Apartment, Building, 5639 S. Morgan, Ch | 6,000.00 | 0.00 | | 0.00 | FA |
| 14 | Two Unit Apartment Building, 5633 S. Morgan, Chi | 7,000.00 | 0.00 | | 0.00 | FA |
| 15 | Two Unit Apartment, 3574 W. Dickens, Chicago, IL | 90,000.00 | 0.00 | | 0.00 | FA |
| 16 | Two Unit Apartment Building, 1928 N. Whipple, Ch | 170,000.00 | 0.00 | | 0.00 | FA |
| 17 | Credit Union Account, Chicago Firefighters | 11,148.02 | 9,593.67 | | 11,162.00 | FA |
| 18 | Credit Union Account, Chicago Firefighters | 105,654.39 | 105,654.39 | | 105,139.93 | FA |
| 19 | Guardianship account #1 | 3,036.70 | 0.00 | | 0.00 | FA |
| 20 | Guardianship Account #2 Northern Trust Bank 50 S | 2,445.65 | 0.00 | | 0.00 | FA |
| 21 | Misc Goods and chattels found in home | 4,160.00 | 4,160.00 | | 0.00 | FA |
| 22 | 49 collectible coins | Unknown | 0.00 | | 1,840.00 | FA |
| 23 | Miscellaneous wearing apparel at nursing home. | Unknown | 0.00 | | 0.00 | FA |
| 24 | Jewelry | 125.00 | 125.00 | | 0.00 | FA |
| 25 | Prudential Life Insurance Policy; death benefit | 6,441.00 | 6,441.00 | | 0.00 | FA |
| 26 | IRA | 17,081.31 | 0.00 | | 0.00 | FA |
| 27 | Deceased husband's IRA account proceeds Northern | 13,507.07 | 0.00 | | 0.00 | FA |
| 28 | Deceased husband's IRA CD account proceeds MB Fi | 5,916.28 | 0.00 | | 0.00 | FA |

Printed: 10/24/2013 04:45 PM  V.13.13

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 12-15977  
Case Name: RUST, DOLORES H.  
Period Ending: 10/24/13

Trustee: (330129) Ira Bodenstein  
Filed (f) or Converted (c): 04/19/12 (f)  
§341(a) Meeting Date: 06/22/12  
Claims Bar Date: 01/02/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 29 | GlaxoSmithKline Stock Stock's value is $22.00; c | 0.00 | 0.00 | | 152.47 | FA |
| 30 | Hanes Stock | 76.00 | 76.00 | | 22.00 | FA |
| 31 | Exxon Mobil Stock GlaxoSmithKline Stock -0.0 Sto | 1,397.53 | 1,397.53 | | 2,000.00 | FA |
| 32 | JP Morgan Stock | 450.00 | 450.00 | | 1,116.04 | FA |
| 33 | Eighty-Two (82) $100 Savings Bonds | 9,300.00 | 9,300.00 | | 10,806.34 | FA |
| 34 | Eighty-six (86) $50 Savings Bonds | 6,700.00 | 6,700.00 | | 5,643.54 | FA |
| 35 | Honda CR-V | 19,800.00 | 19,800.00 | | 16,500.00 | FA |
| 36 | Ford F150 | 16,800.00 | 16,800.00 | | 10,000.00 | FA |
| 37 | Miscellaneous unclaimed property held by State o | Unknown | 0.00 | | 98,627.59 | FA |
| 38 | One $100 US savings bond | 0.00 | 0.00 | | 106.54 | FA |
| 38 | **Assets Totals** (Excluding unknown values) | **$2,599,038.95** | **$1,266,639.76** | | **$263,116.45** | **$0.00** |

**Major Activities Affecting Case Closing:**

Liquidate final assets from Public Guardian's Office.

Initial Projected Date Of Final Report (TFR): December 31, 2013    Current Projected Date Of Final Report (TFR): December 31, 2013

# EXHIBIT B

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 12-15977 | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|
| Case Name: | RUST, DOLORES H. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******85-66 - Checking Account |
| Taxpayer ID #: | **-***9719 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/24/13 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/24/12 | {35} | American Auction Associates, Inc | Gross proceed of sale of Honda CRV per Ct Order 9/11/12 Dkt. # 62 | 1129-000 | 16,500.00 | | 16,500.00 |
| 10/27/12 | 101 | American Auction Associates, Inc | Expenses for sale of Honda CR-V per 9/11/12 order dkt # 62 | 3620-000 | | 856.88 | 15,643.12 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 15,618.12 |
| 11/28/12 | {36} | American Auction Associates, Inc | Gross proceeds from sale of 2006 Ford F-150 | 1129-000 | 10,000.00 | | 25,618.12 |
| 11/28/12 | 102 | American Auction Associates, Inc | Expenses for sale of Ford F-150 | 3620-000 | | 288.37 | 25,329.75 |
| 11/30/12 | | Cook County Public Guardian | Funds from Chicago Firefighters Credit Union and Chicago Firemans Credit Union Accounts | | 116,301.93 | | 141,631.68 |
| | {17} | | 11,162.00 | 1129-000 | | | 141,631.68 |
| | {18} | | 105,139.93 | 1129-000 | | | 141,631.68 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.74 | 141,598.94 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033012988 20121220 | 9999-000 | | 141,598.94 | 0.00 |

| | | |
|---|---:|---:|
| ACCOUNT TOTALS | 142,801.93 | 142,801.93 | $0.00 |
| Less: Bank Transfers | 0.00 | 141,598.94 | |
| Subtotal | 142,801.93 | 1,202.99 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $142,801.93 | $1,202.99 | |

{} Asset reference(s)

Printed: 10/24/2013 04:45 PM V.13.13

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 12-15977 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | RUST, DOLORES H. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****540666 - Checking Account |
| Taxpayer ID #: | **-***9719 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/24/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 141,598.94 | | 141,598.94 |
| 12/27/12 | {37} | Cook County Public Guardian | Unclaimed property from State of Illinois | 1129-000 | 98,627.59 | | 240,226.53 |
| 12/27/12 | 10103 | Northside Community Bank | Payment to secured creditor under Judgment Order Dkt 22 | 4110-000 | | 140,000.00 | 100,226.53 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 170.97 | 100,055.56 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 158.28 | 99,897.28 |
| 02/05/13 | 10104 | Northside Community Bank | Payment to secured creditor under Judgment Order Dkt 22 | 4110-000 | | 66,429.52 | 33,467.76 |
| 02/10/13 | | Cook County Public Guardian | Liquidation of US Savings Bonds | | 16,449.88 | | 49,917.64 |
| | {33} | | 10,806.34 | 1129-000 | | | 49,917.64 |
| | {34} | | 5,643.54 | 1129-000 | | | 49,917.64 |
| 02/12/13 | 10105 | International Sureties,Ltd | Percentage payment 2013 blanket bond | 2300-000 | | 86.00 | 49,831.64 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.80 | 49,751.84 |
| 03/02/13 | | Cook County Public Guardian | Proceeds from sale of Exxon and JP Morgan stock | | 3,116.04 | | 52,867.88 |
| | {31} | | 2,000.00 | 1229-000 | | | 52,867.88 |
| | {32} | | 1,116.04 | 1129-000 | | | 52,867.88 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.75 | 52,795.13 |
| 04/12/13 | {22} | Harlan J. Berk | Proceeds from sale of DaVinci coin set | 1129-000 | 1,840.00 | | 54,635.13 |
| 04/16/13 | 10106 | Northside Community Bank | Payment to secured creditor under Judgment Order Dkt 22 | 4110-000 | | 21,405.92 | 33,229.21 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.00 | 33,159.21 |
| 05/13/13 | {38} | Cook County Public Guardian | Liquidation of additional US Savings Bond | 1129-000 | 106.54 | | 33,265.75 |
| 05/17/13 | | Cook County Public Guardian | Proceeds from sale of Hanes and Glaxo Smith Kline stick | | 174.47 | | 33,440.22 |
| | {30} | | 22.00 | 1129-000 | | | 33,440.22 |
| | {29} | | 152.47 | 1129-000 | | | 33,440.22 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.46 | 33,390.76 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.82 | 33,345.94 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.75 | 33,293.19 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.88 | 33,245.31 |
| | | | ACCOUNT TOTALS | | 261,913.46 | 228,668.15 | $33,245.31 |
| | | | Less: Bank Transfers | | 141,598.94 | 0.00 | |
| | | | Subtotal | | 120,314.52 | 228,668.15 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $120,314.52 | $228,668.15 | |

{} Asset reference(s)

Printed: 10/24/2013 04:45 PM    V.13.13

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 12-15977 | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|
| Case Name: | RUST, DOLORES H. | Bank Name: | Rabobank, N.A. |
| | | Account: | ****540666 - Checking Account |
| Taxpayer ID #: | **-***9719 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 10/24/13 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net | Net | Account |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | Receipts | Disbursements | Balances |
| Checking # 9200-******85-66 | 142,801.93 | 1,202.99 | 0.00 |
| Checking # ****540666 | 120,314.52 | 228,668.15 | 33,245.31 |
| | $263,116.45 | $229,871.14 | $33,245.31 |

# EXHIBIT D

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-15977
Case Name: RUST, DOLORES H.
Trustee Name: Ira Bodenstein

**Balance on hand:**   $   33,245.31

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Ainsworth & Associates PC | 7,500.00 | 7,500.00 | 0.00 | 7,500.00 |

Total to be paid to secured creditors:   $   7,500.00
Remaining balance:   $   25,745.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 15,966.42 | 0.00 | 15,966.42 |

Total to be paid for chapter 7 administration expenses:   $   15,966.42
Remaining balance:   $   9,778.89

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   9,778.89

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $362.89 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Internal Revenue Service | 362.89 | 0.00 | 362.89 |

Total to be paid for priority claims:   $   362.89
Remaining balance:   $   9,416.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-TFR (05/1/2011)

Timely claims of general (unsecured) creditors totaling $ 35.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2U | Internal Revenue Service | 35.12 | 0.00 | 35.12 |

Total to be paid for timely general unsecured claims: $ 35.12
Remaining balance: $ 9,380.88

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 9,380.88

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 9,380.88

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $592.88. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 8,788.00.

UST Form 101-7-TFR (05/1/2011)