| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | JACK B. SCHMETTERER |
| Shaw Fishman | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | | |
| Chicago, IL  6065 | Hearing Date: | 11 /21 /2013 |
| (312) 662-2861 | Hearing Time: | 10:30 am |
| Chapter 7 Trustee | | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re:   RUST, DOLORES H. | § § § | Case No. 12-15977 |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 am on 11/21/2013 in Courtroom 682, United States Courthouse, 219 South Dearborn Street Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

| | | |
|---|---|---|
| Date Mailed: 10/24/2013 | By: | Ira Bodenstein |
| | | Trustee |

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 662-2861

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | JACK B. SCHMETTERER |
| Shaw Fishman | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | Location: | |
| Chicago, IL  60654 | Hearing Date: | / / |
| (312) 662-2861 | Hearing Time: | |
| Chapter 7 Trustee | Response Date: | / / |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: RUST, DOLORES H.          §   Case No. 12-15977
                                 §
                                 §
Debtor(s)                        §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 263,116.45 |
| *and approved disbursements of* | $ | 229,871.14 |
| *leaving a balance on hand of* [1] | $ | 33,245.31 |
| **Balance on hand:** | $ | 33,245.31 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Ainsworth & Associates PC | 7,500.00 | 7,500.00 | 0.00 | 7,500.00 |

Total to be paid to secured creditors:    $      7,500.00
Remaining balance:                         $     25,745.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 15,966.42 | 0.00 | 15,966.42 |

Total to be paid for chapter 7 administration expenses:   $    15,966.42
Remaining balance:                                         $     9,778.89

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/02/2013 and the deadline for filing governmental claims was 10/16/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $15,966.42. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $15,966.42, for a total compensation of $15,966.42.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/24/2013         By: /s/Ira Bodenstein
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 12-15977-JBS
Dolores H. Rust                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: wepps                 Page 1 of 2              Date Rcvd: Oct 28, 2013
                              Form ID: pdf006             Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2013.
```
db          +Dolores H. Rust,    Glen Oaks Nursing Home,    270 Skokie Blvd.,    Northbrook, IL 60062-1612
18797788     AT&T,    Bankruptcy Dept.,    Arlington, TX 76004
18797785    +Advocate Lutheran General Hosp.,    1775 Dempster St.,    Park Ridge, IL 60068-1174
19878514    +Ainsworth & Associates PC,    dba Diane Ainsworth, Atty,    203 N LaSalle St, Ste 2100,
              Chicago, IL 60601-1226
18797787     Allstate,    P.O. Box 3589,    Akron, OH 44309-3589
18797791    +BAC Home Loans Serv. LP,    450 American St. SV416X,    Simi Valley, CA 93065-6285
18797792    +Birchwood Plaza,    1426 W. Birchwood,    Chicago, IL 60626-1807
18797801    +CMRE Financial Services, Inc.,    3075 E. Imperial Hwy #200,    Brea, CA 92821-6753
18797793    #+Care One Pharmacy,    3841 Oakton St.,    Skokie, IL 60076-3429
18797834    +Charles Siragusa,    2727 N. Mildred,    Chicago, IL 60614-1417
18797795     Chase,    P.O. Box 24696,    Columbus, OH 43224-0696
18797797    +Chase Home Finance LLC,    3415 Vision Dr.,    Columbus, OH 43219-6009
18797796    +Chase Home Finance LLC,    c/o Codilis & Associates, P.C.,    15W030 N. Frontage Rd., Ste. 100,
              Willowbrook, IL 60527-6921
18797800    +City of Chicago,    121 N. LaSalle St.,    Chicago, IL 60602-1266
18797798     City of Chicago,    Dept. of Rev./Water Div.,    P.O. Box 6330,    Chicago, IL 60680-6330
18797799    +City of Chicago,    c/o Goldman & Grant,    205 W. Randolph St., Ste. 1100,
              Chicago, IL 60606-1813
18797802     Comcast,    P.O. Box 3005,    Southeastern, PA 19398-3005
18797805    +Cook County Clerk,    Donald D. Orr,    69 W. Washington St., Ste. 500,    Chicago, IL 60602-3030
18797806     Cook County Collector,    Cook County Building,    Chicago, IL 60602
18797807     Cook County Treasurer,    P.O. Box 4488,    Carol Stream, IL 60197-4488
18797808     Cook County Treasurer,    P.O. Box 446,    Carol Stream, IL 60197
18797810    +Debbie Dampier,    2nd Floor,    1928 N. Whipple,    Chicago, IL 60647-3822
18797786    +Diane Ainsworth,    203 N. LaSalle St.,#2100,    Chicago, IL 60601-1226
18797794    +Elizabeth Casanova,    Office of the Cook Cty. Public Guardian,    69 W. Washington St.,
              Chicago, IL 60602-3044
18797813    +Ford Motor Credit,    P.O. Box 542000,    Omaha, NE 68154-8000
18797814    +Glen Oaks Nursing Home,    270 Skokie Blvd,    Northbrook, IL 60062-1612
18797837    +Gloria Valez and Family,    1840 N. Kedvale,    1st Floor,    Chicago, IL 60639-4938
18797815    +Goldman & Grant,    205 W. Randolph., Ste. 1100,    Chicago, IL 60606-1813
18797817    +Heller and Frisone Ltd.,    33 N. La Salle St., Ste. 1200,    Chicago, IL 60602-2866
18797819   ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,     Bankruptcy Section,
              100 West Randolph St.,    Level 7-400,    Chicago, IL 60601)
18797820    +Illinois Laboratory Medicine,    Associates, Ltd.,    P.O. Box 5966,    Carol Stream, IL 60197-5966
18797832    +Jacqueline Rojas,    2744 N. Parkside,    2nd Floor,    Chicago, IL 60639-1376
18797831    +Joel Ramos,    4104 W. Wabansia,    Unit 1W,    Chicago, IL 60639-4953
18797822    +Kathleen Meersman Murphy,    Law Offfice of Kathleeen Meersman Murphy,
              1100 W. Northwest Hwy. #112,    Mount Prospect, IL 60056-2272
18797829    +Luz and Jose Pena and Family,    1st Floor,    1928 N. Whipple,    Chicago, IL 60647-3822
18797823    +Medical Express Ambulance Service,    Collections Dept.,    5650 W. Howard St.,
              Skokie, IL 60077-2623
18797812   #+Mike Faber,    4104 W. Wabansia,    Unit 1E,    Chicago, IL 60639-4955
18797833    +Murray Scheinman M.D.,    4646 N. Marine Dr., St. A 6700,    Chicago, IL 60640-5759
18797824     North Surburban Pulmonary,    880 Golf Rd., Ste. 102,    Niles, IL 60714
18797826    +Northside Community Bank,    c/o Jamie L. Ross,    Kalcheim Haber LLP,
              134 N. LaSalle St., Ste. 2100,    Chicago, IL 60602-1124
18797825   #+Northside Community Bank,    205 W. Wacker Drive,    Chicago, IL 60606-1415
18797827    +Omnicare of Northern Illinois,    2313 S. Mt. Prospect Rd.,    Des Plaines, IL 60018-1811
18797828    +Parkway Bank & Trust Co.,    Jason R. Sleezer,    Scott & Kraus, LLC,    150 S. Wacker Dr., Ste 2900,
              Chicago, IL 60606-4206
18797830    +Peoples Gas Light & Coke Co.,    130 E. Randolph Dr.,    Chicago, IL 60601-6203
18797835    +Trustmark Recovery Services,    541 Otis Bown Dr.,    Munster, IN 46321-4158
18797836    +University of Chicago Physician's Group,    MC 6098,    5841 S. Maryland,    Chicago, IL 60637-1448
18797838     WFCB/HSN,    P.O. Box 182120,    Columbus, OH 43218-2120
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18797789    +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Oct 29 2013 01:26:23     Aurora Bank FSB,
              2617 College Park Dr.,    Scottsbluff, NE 69361-2294
18797790     E-mail/Text: ALSBankruptcy@aurorabankfsb.com Oct 29 2013 01:26:23     Aurora Loan Services, Inc.,
              601 5th Ave.,    Scottsbluff, NE 69361-3581
18797804    +E-mail/Text: legalcollections@comed.com Oct 29 2013 01:28:37     ComEd Company,
              ATTN: Claims Dept.,    3 Lincoln Center,    Oak Brook, IL 60181-4204
18797803    +E-mail/Text: GCR_CCBankruptcies@cable.comcast.com Oct 29 2013 01:27:28     Comcast,
              4851 N. Milwaukee,    Chicago, IL 60630-2145
18797816    +E-mail/Text: bknoticing@grantweber.com Oct 29 2013 01:27:32     Grant & Weber Nevada,
              861 Coronado Center, Ste. 211,    Henderson, NV 89052-3992
18797818    +Fax: 732-352-7538 Oct 29 2013 01:35:30      HSBC Mortgage Corp.,    2929 Walden Ave.,
              Depew, NY 14043-2690
18797821     E-mail/Text: cio.bncmail@irs.gov Oct 29 2013 01:26:42     Internal Revenue Service,
              Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTAL: 7
```

```
District/off: 0752-1          User: wepps                Page 2 of 2          Date Rcvd: Oct 28, 2013
                              Form ID: pdf006            Total Noticed: 54
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18797811      ##+Shaquita Davis,    4104 W. Wabansia,    Unit 2E,    Chicago, IL 60639-4955
18797809      ##+Veronica Cox,    4104 W. Wabansia,    Unit Basement: East,    Chicago, IL 60639-4982
                                                                                         TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2013                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2013 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor    JPMorgan Chase Bank National Association
               anelson@atty-pierce.com, northerndistrict@atty-pierce.com
              Christopher M Brown    on behalf of Creditor    JPMorgan Chase Bank National Association
               northerndistrict@atty-pierce.com, cbrown@atty-pierce.com
              Ira Bodenstein    on behalf of Defendant Ira  Bodenstein ibodenstein@shawfishman.com,
               cowens@shawfishman.com
              Ira Bodenstein    on behalf of Trustee Ira  Bodenstein ibodenstein@shawfishman.com,
               cowens@shawfishman.com
              Ira Bodenstein    iratrustee@shawfishman.com, IL29@ecfcbis.com;cowens@shawfishman.com
              Jamie L Ross    on behalf of Plaintiff    NorthSide Community Bank jross@kalcheimhaber.com
              Jamie L Ross    on behalf of Creditor    NorthSide Community Bank jross@kalcheimhaber.com
              Jason R. Sleezer    on behalf of Creditor    Parkway Bank and Trust Company jsleezer@skcounsel.com,
               rybarra@skcounsel.com
              Jose G Moreno    on behalf of Creditor    JPMorgan Chase Bank National Association
               nd-one@il.cslegal.com
              Lauren Sylvester Berheide    on behalf of Defendant Dolores H Rust lsylvester@jenner.com,
               dwesley@freeborn.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor    JPMorgan Chase Bank National Association
               ND-Four@il.cslegal.com
              Ronald Peterson    on behalf of Defendant Dolores H Rust rpeterson@jenner.com,
               lraiford@jenner.com
              Ronald Peterson    on behalf of Debtor Dolores H. Rust rpeterson@jenner.com, lraiford@jenner.com
                                                                                             TOTAL: 14
```