# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: RUST, DOLORES H.                               § Case No. 12-15977
                                                      §
                                                      §
Debtor(s)                                             §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $2,427,713.01              Assets Exempt: $43,541.36
(without deducting any secured claims)

Total Distribution to Claimants: $236,326.33     Claims Discharged
                                                  Without Payment: $0.00

Total Expenses of Administration: $18,002.12
```

3) Total gross receipts of $ 263,116.45 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 8,788.00 (see **Exhibit 2**), yielded net receipts of $254,328.45 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

Case 12-15977    Doc 91    Filed 03/24/14    Entered 03/24/14 15:04:17    Desc Main
Document    Page 2 of 10


| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $750,443.60 | $235,335.44 | $235,335.44 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 18,002.12 | 18,002.12 | 18,002.12 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 362.89 | 362.89 | 362.89 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 628.00 | 628.00 | 628.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $769,436.61 | $254,328.45 | $254,328.45 |

4) This case was originally filed under Chapter 7 on April 19, 2012. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/04/2014        By: /s/Ira Bodenstein
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Credit Union Account, Chicago Firefighters | 1129-000 | 11,162.00 |
| Credit Union Account, Chicago Firefighters | 1129-000 | 105,139.93 |
| 49 collectible coins | 1129-000 | 1,840.00 |
| GlaxoSmithKline Stock Stock's value is $22.00; c | 1129-000 | 152.47 |
| Hanes Stock | 1129-000 | 22.00 |
| Exxon Mobil Stock GlaxoSmithKline Stock -0.0 Sto | 1229-000 | 2,000.00 |
| JP Morgan Stock | 1129-000 | 1,116.04 |
| Eighty-Two (82) $100 Savings Bonds | 1129-000 | 10,806.34 |
| Eighty-six (86) $50 Savings Bonds | 1129-000 | 5,643.54 |
| Honda CR-V | 1129-000 | 16,500.00 |
| Ford F150 | 1129-000 | 10,000.00 |
| Miscellaneous unclaimed property held by State o | 1129-000 | 98,627.59 |
| One $100 US savings bond | 1129-000 | 106.54 |
| **TOTAL GROSS RECEIPTS** | | **$263,116.45** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| RUST, DOLORES H. c/o Lisa Casanova | Surplus estate distribution TFR approved 11/21/13 | 8200-002 | 8,788.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$8,788.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Northside Community Bank | 4110-000 | N/A | 602,264.70 | 227,835.44 | 227,835.44 |
| 3 | Parkway Bank & Trust Co. | 4110-000 | N/A | 140,678.90 | 0.00 | 0.00 |
| 4 | Ainsworth & Associates PC | 4110-000 | N/A | 7,500.00 | 7,500.00 | 7,500.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $750,443.60 | $235,335.44 | $235,335.44 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 15,966.42 | 15,966.42 | 15,966.42 |
| American Auction Associates, Inc | 3620-000 | N/A | 856.88 | 856.88 | 856.88 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| American Auction Associates, Inc | 3620-000 | N/A | 288.37 | 288.37 | 288.37 |
| The Bank of New York Mellon | 2600-000 | N/A | 32.74 | 32.74 | 32.74 |
| Rabobank, N.A. | 2600-000 | N/A | 170.97 | 170.97 | 170.97 |
| Rabobank, N.A. | 2600-000 | N/A | 158.28 | 158.28 | 158.28 |
| International Sureties, Ltd | 2300-000 | N/A | 86.00 | 86.00 | 86.00 |
| Rabobank, N.A. | 2600-000 | N/A | 79.80 | 79.80 | 79.80 |
| Rabobank, N.A. | 2600-000 | N/A | 72.75 | 72.75 | 72.75 |
| Rabobank, N.A. | 2600-000 | N/A | 70.00 | 70.00 | 70.00 |
| Rabobank, N.A. | 2600-000 | N/A | 49.46 | 49.46 | 49.46 |
| Rabobank, N.A. | 2600-000 | N/A | 44.82 | 44.82 | 44.82 |
| Rabobank, N.A. | 2600-000 | N/A | 52.75 | 52.75 | 52.75 |
| Rabobank, N.A. | 2600-000 | N/A | 47.88 | 47.88 | 47.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $18,002.12 | $18,002.12 | $18,002.12 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Internal Revenue Service | 5800-000 | N/A | 362.89 | 362.89 | 362.89 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $362.89 | $362.89 | $362.89 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1I | Northside Community Bank | 7990-000 | N/A | 573.02 | 573.02 | 573.02 |
| 2U | Internal Revenue Service | 7100-000 | N/A | 35.12 | 35.12 | 35.12 |
| 4I | Ainsworth & Associates PC | 7990-000 | N/A | 18.86 | 18.86 | 18.86 |
| 2PI | Internal Revenue Service | 7990-000 | N/A | 0.91 | 0.91 | 0.91 |
| 2UI | Internal Revenue Service | 7990-000 | N/A | 0.09 | 0.09 | 0.09 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $628.00 | $628.00 | $628.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-15977  
**Case Name:** RUST, DOLORES H.

**Period Ending:** 03/04/14

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 04/19/12 (f)  
**§341(a) Meeting Date:** 06/22/12  
**Claims Bar Date:** 01/02/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Residence, 5501 N. Neenah, 60656 R | 185,000.00 | 35,372.84 | | 0.00 | FA |
| 2 | Eight Unit Apartment Building. 4104 W. Wab, a/k/ | 385,000.00 | 385,000.00 | | 0.00 | FA |
| 3 | Two Unit Building, 1840 N. Kedvale, Chicag, [CMA | 182,500.00 | 182,500.00 | | 0.00 | FA |
| 4 | Three Unit Apartment Building, 2744 N. Par, Chic | 162,000.00 | 155,685.00 | | 0.00 | FA |
| 5 | Two Unit Apartment, Building, 5639 S. Morg, Chic | 6,000.00 | 3,616.77 | | 0.00 | FA |
| 6 | Two Unit Apartment Building, 5633 S. Morga, Chic | 7,000.00 | 2,747.31 | | 0.00 | FA |
| 7 | Two Unit Apartment, 3574 W. Dickens, Chica 60647 | 90,000.00 | 0.00 | | 0.00 | FA |
| 8 | Two Unit Apartment Building, 1928 N. Whipp, Chic | 170,000.00 | 156,160.91 | | 0.00 | FA |
| 9 | Single Family Residence, 5501 N. Neenah, Chicago | 185,000.00 | 165,059.34 | | 0.00 | FA |
| 10 | Eight Unit Apartment Building. 4104 W. Wabansia, | 385,000.00 | 0.00 | | 0.00 | FA |
| 11 | Two Unit Building, 1840 N. Kedvale, Chicago, IL | 182,500.00 | 0.00 | | 0.00 | FA |
| 12 | Three Unit Apartment Building, 2744 N. Parkside, | 162,000.00 | 0.00 | | 0.00 | FA |
| 13 | Two Unit Apartment, Building, 5639 S. Morgan, Ch | 6,000.00 | 0.00 | | 0.00 | FA |
| 14 | Two Unit Apartment Building, 5633 S. Morgan, Chi | 7,000.00 | 0.00 | | 0.00 | FA |
| 15 | Two Unit Apartment, 3574 W. Dickens, Chicago, IL | 90,000.00 | 0.00 | | 0.00 | FA |
| 16 | Two Unit Apartment Building, 1928 N. Whipple, Ch | 170,000.00 | 0.00 | | 0.00 | FA |
| 17 | Credit Union Account, Chicago Firefighters | 11,148.02 | 9,593.67 | | 11,162.00 | FA |
| 18 | Credit Union Account, Chicago Firefighters | 105,654.39 | 105,654.39 | | 105,139.93 | FA |
| 19 | Guardianship account #1 | 3,036.70 | 0.00 | | 0.00 | FA |
| 20 | Guardianship Account #2 Northern Trust Bank 50 S | 2,445.65 | 0.00 | | 0.00 | FA |
| 21 | Misc Goods and chattels found in home | 4,160.00 | 4,160.00 | | 0.00 | FA |
| 22 | 49 collectible coins | Unknown | 0.00 | | 1,840.00 | FA |
| 23 | Miscellaneous wearing apparel at nursing home. | Unknown | 0.00 | | 0.00 | FA |
| 24 | Jewelry | 125.00 | 125.00 | | 0.00 | FA |
| 25 | Prudential Life Insurance Policy; death benefit | 6,441.00 | 6,441.00 | | 0.00 | FA |
| 26 | IRA | 17,081.31 | 0.00 | | 0.00 | FA |
| 27 | Deceased husband's IRA account proceeds Northern | 13,507.07 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-15977
**Case Name:** RUST, DOLORES H.

**Period Ending:** 03/04/14

**Trustee:** (330129) Ira Bodenstein
**Filed (f) or Converted (c):** 04/19/12 (f)
**§341(a) Meeting Date:** 06/22/12
**Claims Bar Date:** 01/02/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 28 | Deceased husband's IRA CD account proceeds MB Fi | 5,916.28 | 0.00 | | 0.00 | FA |
| 29 | GlaxoSmithKline Stock Stock's value is $22.00; c | 0.00 | 0.00 | | 152.47 | FA |
| 30 | Hanes Stock | 76.00 | 76.00 | | 22.00 | FA |
| 31 | Exxon Mobil Stock GlaxoSmithKline Stock -0.0 Sto | 1,397.53 | 1,397.53 | | 2,000.00 | FA |
| 32 | JP Morgan Stock | 450.00 | 450.00 | | 1,116.04 | FA |
| 33 | Eighty-Two (82) $100 Savings Bonds | 9,300.00 | 9,300.00 | | 10,806.34 | FA |
| 34 | Eighty-six (86) $50 Savings Bonds | 6,700.00 | 6,700.00 | | 5,643.54 | FA |
| 35 | Honda CR-V | 19,800.00 | 19,800.00 | | 16,500.00 | FA |
| 36 | Ford F150 | 16,800.00 | 16,800.00 | | 10,000.00 | FA |
| 37 | Miscellaneous unclaimed property held by State o | Unknown | 0.00 | | 98,627.59 | FA |
| 38 | One $100 US savings bond | 0.00 | 0.00 | | 106.54 | FA |
| 38 | **Assets** Totals (Excluding unknown values) | **$2,599,038.95** | **$1,266,639.76** | | **$263,116.45** | **$0.00** |

**Major Activities Affecting Case Closing:**

Liquidate final assets from Public Guardian's Office.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013        **Current Projected Date Of Final Report (TFR):**    October 25, 2013  (Actual)

Printed: 03/04/2014 02:24 PM        V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-15977  
**Case Name:** RUST, DOLORES H.  

**Taxpayer ID #:** **-***9719  
**Period Ending:** 03/04/14  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******85-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/24/12 | {35} | American Auction Associates, Inc | Gross proceed of sale of Honda CRV per Ct Order 9/11/12 Dkt. # 62 | 1129-000 | 16,500.00 | | 16,500.00 |
| 10/27/12 | 101 | American Auction Associates, Inc | Expenses for sale of Honda CR-V per 9/11/12 order dkt # 62 | 3620-000 | | 856.88 | 15,643.12 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 15,618.12 |
| 11/28/12 | {36} | American Auction Associates, Inc | Gross proceeds from sale of 2006 Ford F-150 | 1129-000 | 10,000.00 | | 25,618.12 |
| 11/28/12 | 102 | American Auction Associates, Inc | Expenses for sale of Ford F-150 | 3620-000 | | 288.37 | 25,329.75 |
| 11/30/12 | | Cook County Public Guardian | Funds from Chicago Firefighters Credit Union and Chicago Firemans Credit Union Accounts | | 116,301.93 | | 141,631.68 |
| | {17} | | 11,162.00 | 1129-000 | | | 141,631.68 |
| | {18} | | 105,139.93 | 1129-000 | | | 141,631.68 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.74 | 141,598.94 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033012988 20121220 | 9999-000 | | 141,598.94 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 142,801.93 | 142,801.93 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 141,598.94 | |
| | | | **Subtotal** | | 142,801.93 | 1,202.99 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$142,801.93** | **$1,202.99** | |

{} Asset reference(s)

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-15977  
**Case Name:** RUST, DOLORES H.  
**Taxpayer ID #:** **-***9719  
**Period Ending:** 03/04/14  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 141,598.94 | | 141,598.94 |
| 12/27/12 | {37} | Cook County Public Guardian | Unclaimed property from State of Illinois | 1129-000 | 98,627.59 | | 240,226.53 |
| 12/27/12 | 10103 | Northside Community Bank | Payment to secured creditor under Judgment Order Dkt 22 | 4110-000 | | 140,000.00 | 100,226.53 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 170.97 | 100,055.56 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 158.28 | 99,897.28 |
| 02/05/13 | 10104 | Northside Community Bank | Payment to secured creditor under Judgment Order Dkt 22 | 4110-000 | | 66,429.52 | 33,467.76 |
| 02/10/13 | | Cook County Public Guardian | Liquidation of US Savings Bonds | | 16,449.88 | | 49,917.64 |
| | {33} | | 10,806.34 | 1129-000 | | | 49,917.64 |
| | {34} | | 5,643.54 | 1129-000 | | | 49,917.64 |
| 02/12/13 | 10105 | International Sureties,Ltd | Percentage payment 2013 blanket bond | 2300-000 | | 86.00 | 49,831.64 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.80 | 49,751.84 |
| 03/02/13 | | Cook County Public Guardian | Proceeds from sale of Exxon and JP Morgan stock | | 3,116.04 | | 52,867.88 |
| | {31} | | 2,000.00 | 1229-000 | | | 52,867.88 |
| | {32} | | 1,116.04 | 1129-000 | | | 52,867.88 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.75 | 52,795.13 |
| 04/12/13 | {22} | Harlan J. Berk | Proceeds from sale of DaVinci coin set | 1129-000 | 1,840.00 | | 54,635.13 |
| 04/16/13 | 10106 | Northside Community Bank | Payment to secured creditor under Judgment Order Dkt 22 | 4110-000 | | 21,405.92 | 33,229.21 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.00 | 33,159.21 |
| 05/13/13 | {38} | Cook County Public Guardian | Liquidation of additional US Savings Bond | 1129-000 | 106.54 | | 33,265.75 |
| 05/17/13 | | Cook County Public Guardian | Proceeds from sale of Hanes and Glaxo Smith Kline stick | | 174.47 | | 33,440.22 |
| | {30} | | 22.00 | 1129-000 | | | 33,440.22 |
| | {29} | | 152.47 | 1129-000 | | | 33,440.22 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.46 | 33,390.76 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.82 | 33,345.94 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.75 | 33,293.19 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.88 | 33,245.31 |
| 11/25/13 | 10107 | Ira Bodenstein | Approved trustee compensation order dated 11/22/13 | 2100-000 | | 15,966.42 | 17,278.89 |
| 11/25/13 | 10108 | Ainsworth & Associates PC | TFR approved 11/21/13 | 4110-000 | | 7,500.00 | 9,778.89 |
| 11/25/13 | 10109 | Internal Revenue Service | TFR approved 11/21/13 | 5800-000 | | 362.89 | 9,416.00 |
| 11/25/13 | 10110 | Internal Revenue Service | TFR approved 11/21/13 | 7100-000 | | 35.12 | 9,380.88 |

Subtotals :     $261,913.46     $252,532.58

{} Asset reference(s)                                                                                   Printed: 03/04/2014 02:24 PM     V.13.14

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 12-15977  
**Case Name:** RUST, DOLORES H.  
**Taxpayer ID #:** **-***9719  
**Period Ending:** 03/04/14

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0666 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/25/13 | 10111 | Ainsworth & Associates PC | Interest on claim TFR approved 11/21/13 | 7990-000 | | 18.86 | 9,362.02 |
| 11/25/13 | 10112 | Internal Revenue Service | Interest on claim TFR approved 11.21.13 | 7990-000 | | 0.91 | 9,361.11 |
| 11/25/13 | 10113 | Internal Revenue Service | Interest on claim TFR approved 11/21/13 | 7990-000 | | 0.09 | 9,361.02 |
| 11/25/13 | 10114 | Northside Community Bank | Interest on claim TFR approved 11/21/13 | 7990-000 | | 573.02 | 8,788.00 |
| 11/25/13 | 10115 | RUST, DOLORES H. c/o Lisa Casanova | Surplus estate distribution TFR approved 11/21/13 | 8200-002 | | 8,788.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 261,913.46 | 261,913.46 | $0.00 |
| | | | Less: Bank Transfers | | 141,598.94 | 0.00 | |
| | | | **Subtotal** | | 120,314.52 | 261,913.46 | |
| | | | Less: Payments to Debtors | | | 8,788.00 | |
| | | | **NET Receipts / Disbursements** | | **$120,314.52** | **$253,125.46** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******85-66 | 142,801.93 | 1,202.99 | 0.00 |
| Checking # ******0666 | 120,314.52 | 253,125.46 | 0.00 |
| | **$263,116.45** | **$254,328.45** | **$0.00** |

{} Asset reference(s)                                                                                                                     Printed: 03/04/2014 02:24 PM    V.13.14